IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVAN BROWN,** | : Civil No. 1:22-cv-1401 |
| **Plaintiff,** | : |
| | : **(Judge Sylvia H. Rambo)** |
| v. | : |
| **JORDAN THOMAS, et al.,** | : |
| **Defendants.** | : |

# O R D E R

**AND NOW**, this 25th day of April, 2024, upon consideration of Magistrate Judge Carlson's Report and Recommendation (Doc. 29) recommending that Defendants Tingle and Thomas's motion to dismiss be granted, and noting that the parties have not filed objections to the Report and Recommendation and the time for doing so has passed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** as follows:

1) The Report and Recommendation (Doc. 29) is **ADOPTED**;
2) The motion to dismiss (Doc. 27) the complaint is **GRANTED**;
3) Defendants Thomas and Tingle are terminated from this action; and
4) This matter is remanded to the magistrate judge.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
